Civil Action No.   3:25-cv-00556-IM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Metrc ID, LLC**
was recieved by me on **4/08/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Donna Moch mgr is the point of contact for this address**, who is designated by law to accept service of process on behalf of **Metrc ID, LLC** at **1200 S Pine Island Rd, Plantation, FL 33324** on **04/08/2025 at 2:36 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   04/08/2025

*Server's signature*

**Daniel Cohen**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CIVIL CASE ASSIGNMENT ORDER; COMPLAINT AND DEMAND FOR JURY TRIAL, to Donna Moch mgr is the point of contact for this address who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**



Tracking #: **0164959652**



IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **Marcus Estes**<br>Plaintiff/Petitioner<br>vs.<br>**Metrc, Inc.; Metrc ID, LLC.**<br>Defendant/Respondent | Cause No.:   **3:25-cv-00556-IM**<br><br>DECLARATION OF MAILING OF<br>**SUMMONS; CIVIL CASE ASSIGNMENT ORDER; COMPLAINT AND DEMAND FOR JURY TRIAL** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **April 09, 2025**, after personal service was made on **April 08, 2025** to **Donna Moch mgr is the point of contact for this address**, a I delivered the documents to **Donna Moch mgr is the point of contact for this address** who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs, I completed service by depositing a true copy of the **SUMMONS;CIVIL CASE ASSIGNMENT ORDER;COMPLAINT AND DEMAND FOR JURY TRIAL**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

> METRC ID, LLC
> c/o C/O: C T Corporation System, Registered Agent
> 1200 S Pine Island Rd
> Plantation, FL 33324

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on April 09, 2025 at Seattle, WA.

_____
Declarant  Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.



Tracking #: 0164959641 PDX