James M. Barrett, OSB No. 011991
james.barrett@ogletree.com
Alysha D. Phelps, OSB No. 184664
alysha.phelps@ogletree.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Tel: (503) 552-2140

  Attorneys for Defendants
  METRC, INC.; and METRC ID, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARCUS ESTES,<br><br>             Plaintiff,<br><br>    v.<br><br>METRC, INC., and METRC ID, LLC,<br><br>             Defendants. | Case No. 3:25-cv-00556-IM<br><br>**DEFENDANT METRC ID, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, Metrc ID, LLC, discloses that it is a limited liability company organized under the laws of Florida. Its sole member is Metrc, Inc., a citizen of the following states: Delaware and Florida.

Page 1 -   DEFENDANT METRC ID, LLC'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

DATED this 29th day of April, 2025.

                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                              */s/ James M. Barrett*
                              James M. Barrett, OSB No. 011991
                              james.barrett@ogletree.com
                              Alysha D. Phelps, OSB No. 184664
                              alysha.phelps@ogletree.com

                                Attorneys for Defendants
                                METRC, INC., and METRC ID, LLC

Page 2 -   DEFENDANT METRC ID, LLC'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I served the foregoing **DEFENDANT METRC ID, LLC'S CORPORATE DISCLOSURE STATEMENT** on the parties below:

    Andrew DeWeese, OSB No. 136332
    andrew@andrewdeweese.com
    ANDREW DEWEESE, PC
    3055 SW Yeon Ave., Ste. 527
    Portland, OR 97210
    Phone:  (971) 303-0351

- ■ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ■ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

Dated: April 29, 2025.

    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

    By: */s/ Douglas Paul*
        Douglas Paul
        503-552-2140
        douglas.paul@ogletree.com

Page 1 – CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518
89390330.v1-OGLETREE